GREEN MANOR CONSTRUCTION COMPANY *v.* TOWN PLAN AND ZONING COMMISSION OF THE TOWN OF BLOOMFIELD

KING, C. J., MURPHY, ALCORN, COMLEY and SHANNON, Js.

Argued January 6—decided February 25, 1965

*Arnold W. Aronson,* for the appellant (defendant).

*David M. Shea,* with whom were *Simon Bernstein* and, on the brief, *Robert L. Trowbridge,* for the appellee (plaintiff).

PER CURIAM. This case is practically on all fours with *Zieky* v. *Town Plan & Zoning Commission,* 151 Conn. 265, 196 A.2d 758. With the exception that the public hearing by the defendant on Washington's birthday followed the public hearing in the *Zieky* case by two weeks, the facts are so similar as to be almost identical. Both applications were denied at the same executive session. The defendant gave no reasons for denying the plaintiff's application for a special exception to permit the construction of garden apartments containing seventy-six dwelling units on a 7.2-acre tract in an R-15 zone. And we are unable to glean any facts from the record to sustain the defendant's action. The trial court was justified in sustaining the appeal.

There is no error.